**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOSEPH STELLA,                                No. C-13-0052 MMC

12           Plaintiff,                            **ORDER TRANSFERRING ACTION TO**
                                                   **SOUTHERN DISTRICT OF CALIFORNIA**
13      v.

14   THE HERTZ CORPORATION,

15           Defendant.
     _____/

16

17          By order filed May 6, 2013, the Court directed plaintiff Joseph Stella to show cause,

18   in writing and no later than May 24, 2013, why the above-titled action should not be

19   transferred to the Southern District of California, pursuant to 28 U.S.C. § 1404(a).  Stella

20   has not filed a response.

21          Accordingly, for the reasons stated in the Court's order of May 6, 2013, the above-

22   titled action is hereby TRANSFERRED to the Southern District of California.

23          **IT IS SO ORDERED.**

24

25   Dated:  June 4, 2013                          _____
                                                   MAXINE M. CHESNEY
26                                                 United States District Judge

27

28