UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH STELLA, | Case No. 13-cv-1303-L(WVG) |
| Plaintiff, | **ORDER DENYING EMERGENCY MOTION FOR STAY OF ORDER REMANDING ACTION [DOC. 30]** |
| v. | |
| THE HERTZ CORPORATION, | |
| Defendant. | |

On June 6, 2013, the Court issued an order remanding this action to the Alameda Superior Court for lack of subject matter jurisdiction. Specifically, though Defendant addressed the traditional ground for diversity jurisdiction under 28 U.S.C. § 1332(a), it did not address the grounds required under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d). The latter failure served as the grounds for the remand.

Defendant now requests an emergency stay of the order remanding this action to permit Defendant an opportunity to move for reconsideration. (Doc. 30.) The primary reason for this request is that Defendant did not remove this action based on CAFA's § 1332(d), but rather diversity jurisdiction under § 1332(a). After reviewing the request, the Court finds that granting the stay is not warranted. In addition to the reasons stated in the order remanding this action, the

Court notes that § 1332(d)(8) states that the jurisdictional requirements under CAFA "shall apply to any class action before or after the entry of a class certification order by the court with respect to that action." This action is a "class action" as it is defined in § 1332(d)(1)(B).

Accordingly, the Court **DENIES** Defendant's emergency motion for a stay of the order remanding this action to state court (Doc. 30), and **DIRECTS** the Clerk of the Court to proceed in remanding this action to the Alameda Superior Court.

**IT IS SO ORDERED**.

DATED: June 7, 2013

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM V. GALLO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL